THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRE HOSKINS, | CASE NO. C18-1252-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for mediation pursuant to Western District of Washington Local Civil Rule 39.1 (Dkt. No. 22). Plaintiff's motion is premature, as there is a pending motion to dismiss his claims against Defendant American Civil Liberties Union Foundation (Dkt. No. 23) and a pending motion for a more definite statement filed by Defendants City of Seattle, Seattle Office for Civil Rights, and Seattle Public Library. (Dkt. No. 30.) Plaintiff may request that the court order Rule 39.1 mediation, if and when the Court holds a status conference to set the case's scheduling order. Therefore, Plaintiff's motion for Rule 39.1 mediation (Dkt. No. 22) is DENIED.

//

1       DATED this 16th day of April 2019.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk