THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRE HOSKINS, | CASE NO. C18-1252-JCC |
| Plaintiff, | ORDER |
| v. | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *et al*., | |
| Defendants. | |

This matter comes before the Court *sua sponte*. On April 19, 2019, the Court granted Plaintiff's motion to amend his complaint and Defendants City of Seattle, Seattle Office for Civil Rights, and Seattle Public Library's (collectively, the "City") motion for a more definite statement. (Dkt. No. 39.) The Court directed Plaintiff to file an amended complaint pursuant to the Court's order no later than 30 days from the date the order was issued. (*Id*. at 4.) Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order. Therefore, Plaintiff's complaint is DISMISSED without prejudice. If Plaintiff elects to re-file his lawsuit, his complaint should conform with the Court's order as to the City's motion for a more definite statement. (*See id*.) The Clerk is DIRECTED to STRIKE Defendant American Civil Liberties Union Foundation's renewed motion to dismiss (Dkt. No. 23) and to CLOSE the case.

//

1    DATED this 22nd day of May 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE